# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MS. DEBORAH SANDOVAL<br>2638 Capitol Ave.<br>Des Moines, IA 50317<br><br>and<br><br>MR. SALVADOR SANDOVAL<br>1224 SE VILLAGE VIEW LANE<br>ANKENY, IA 50023<br><br>      Plaintiff,<br>  vs.<br><br>NANCY PELOSI, in her official<br>capacity as Speaker of the United States<br>House of Representatives.<br>Office of the Speaker.<br>The U.S. Capitol. Suite H-232,<br>U.S. House of Representatives<br>Washington, D.C. 20515<br>Telephone:  (202) 225-0100<br><br>   and<br><br>BENNIE G. THOMPSON, in his official<br>capacity as Chair of the Select Committee<br>to Investigate the January 6th Attack on the<br>United States Capitol.<br>Rayburn House Office Building Suite 2466<br>U.S. House of Representatives<br>Washington, D.C. 20515<br>Telephone:  (202) 225-5876<br><br>   and<br><br>ELIZABETH L. CHENEY, in her official<br>capacity as a member of the United States<br>House of Representatives.<br>Cannon House Office Building, Suite 416<br>U.S. House of Representatives<br>Washington, D.C. 20515<br>Telephone:  (202) 225-2311 | Civil Case No. |

and

ADAM B. SCHIFF, in his official
capacity as a member of the United States
House of Representatives
Rayburn House Office Building, Suite 2309
U.S. House of Representatives
Washington, D.C. 20515
Telephone:  (202) 225-4176

and

JAMIE B. RASKIN, in his official
capacity as a member of the United States
House of Representatives;
Rayburn House Office Building, Suite 2242
U.S. House of Representatives
Washington, D.C. 20515
Telephone: (202) 225-5341

and

SUSAN E. LOFGREN, in her official
capacity as a member of the United States
House of Representatives
Longworth House Office Building, Suite 1401
U.S. House of Representatives
Washington, D.C. 20515
Telephone:  (202) 225-3072

and

ELAINE G. LURIA, in her official
capacity as a member of the United States
House of Representatives.
Cannon House Office Building, Suite 412
U.S. House of Representatives
Washington, D.C. 20515
Telephone:  (202) 225-4215

and

PETER R. AGUILAR, in his official
capacity as a member of the United States
House of Representatives
Cannon House Office Building, Suite 109

U.S. House of Representatives
Washington, D.C. 20515
Telephone: (202) 225-3201

  and

STEPHANIE MURPHY, in her official
capacity as a member of the United States
House of Representatives
Longworth House Office Building, Suite 1710
U.S. House of Representatives
Washington, D.C. 20515
Telephone: (202) 225-4305

  and

ADAM D. KINZINGER, in his official
capacity as a member of the United States
House of Representatives.
Rayburn House Office Building, Suite 3635
U.S. House of Representatives
Washington, D.C. 20515
Telephone: (202) 225-3201

  and

SELECT COMMITTEE TO
INVESTIGATE THE JANUARY 6TH
ATTACK ON THE UNITED STATES
CAPITOL
Longworth House Office Building
Washington, DC 20515
Telephone: (202) 225-7800

  and

JOHN WOOD, in his official capacity as
Investigative Counsel for the Minority Members of
the House Select Committee to Investigate the
January 6 Attack on the United States Capitol.
Longworth House Office Building
Washington, DC 20515
Telephone: (202) 225-7800

and

TIMOTHY J. HEAPHY, in his official capacity

Chief Investigative Counsel for the House
Select Committee to Investigate the January
6 Attack on the United States Capitol
Longworth House Office Building
Washington, DC 20515
Telephone: (202) 225-7800

T-MOBILE
12920 S.E. 38th Street
Bellevue, WA 98006

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND QUASH A SUBPOENA AGAINST HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6 ATTACK ON THE UNITED STATES CAPITOL SUBPOENA**

Plaintiff, Salvador Sandoval, at all times relevant herein, a permanent resident of Ankeny, Iowa, seeks a declaratory judgment pursuant to Rule 57 of the Federal Rules of Civil Procedure ("FRCP") and 28 U.S.C. §2201, *et seq.*, for an injunction and pursuant to 18 U.S.C. §2702, and a motion for a speedy summary proceeding under Rule 57 of the Federal Rules of Civil Procedure ("FRCP") to grant the relief requested herein as soon as possible, and for emergency injunctive relief under Rule 65 thereof consistent with the declaratory judgment requested herein on that same date, and for their grounds, state as follows:

4

1. Plaintiff, Salvador Sandoval, Jr., brings his complaint to vitiate and prohibit the enforcement of an overly-broad Subpoena from the SELECT COMMITTEE TOINVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL of the U.S. House of Representatives (the "Select Committee") issued to one or more telecommunications providers including T-Mobile (the "Telecommunications Subpoenas"), without legal authority in violation of the Constitution and laws of the United States.

2. Congress enacted 18 U.S.C. § 2702 to limit the release of information from telecommunications companies about the users ("subscribers") of the telecommunication companies and their private use of communication systems, excluding itself from that law. See 18 U.S.C § 2702(a)(1-3).

3. This request for relief focuses on the Select Committee's Subpoena to T-Mobile requiring T-Mobile to provide the following information related to Ms. Sandoval's T-Mobile Account which also includes Mr. Sandoval's cellular telephone number on a family account plan for the period of **November 1, 2020, through January 31, 2021**.

   TheSubpoena seeks:

   1. Subscriber Information: All subscriber information for the Phone Number, including:

      a. Name, subscriber name, physical address, billing address, e-mail address, and any other address and contact information;

      b. All authorized users on the associated account;

      c. All phone numbers associated with the account;

5

    d. Length of service (including start date) and types of service utilized;

    e. Telephone or instrument numbers (including MAC addresses), Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEI"), Mobile Equipment Identifier ("MEID"), Mobile

    f. Activation date and termination date of each device associated with the account;

    g. Any and all number and/or account number changes prior to and after the account was activated;

    h. Other subscriber numbers or identities (including temporarily assigned network addresses and registration Internet Protocol ("IP") addresses); and

2. <u>Connection Records and Records of Session Times and Durations</u>: All call, message (SMS & MMS), Internet Protocol ("IP"), and data-connection detailrecords associated with Phone Numbers, including all phone numbers, IP addresses, or devices that communication with the Phone Number via delivered and undelivered inbound, outbound, and routed calls, messages, voicemail, and data connections.

4. The broad Subpoena is issued by Authority of the House of Representatives of the Congress of the United States of America signed by Chairman Bennie Thompson on February 1, 2022.

5. The Select Committee has never requested Mr. Sandoval to cooperate with the Committee.

6. Mr. Sandoval is currently charged as a defendant with multiple felony counts in the U.S. District Court for the District of Columbia, case number Criminal No. 1:21-cr-00195-TFH.

7. The Select Committee is engaged in a fishing expedition, which is constitutionally prohibited from such activity through the separation of powers.

8. The subpoena is a blanket command for T-Mobile to submit to the committee private and personal phone records from Salvador Sandoval, Jr. from

6

November 1, 2020 through January 31, 2021.

9. The zeal of the Select Committee's breadth and invasion into private matters pursuant to the subpoena is as bizarre as a banner headline in the National Enquirer.

10. This Court has subject matter jurisdiction, pursuant to 28 U.S.C. § 1331, because this action arises under the Constitution and laws of the United States.

Wherefore, Plaintiffs asks the Court to quash the subpoena enter judgment in their favor and against Defendants and to order the following relief:

   a. A declaratory judgment that the T-Mobile Subpoena are ultra vires, unlawful, and unenforceable;

   b. A declaratory judgment that the T-Mobile Subpoena, in part or in whole, serves no valid legislative purpose and exceed the Select Committee's Constitutional authority;

   c. A declaratory judgment that the T-Mobile Subpoena violates Mr. Sandoval's First Amendment rights;

   d. A declaratory judgment that the T-Mobile Subpoena violates Mr. Sandoval's Fourth Amendment rights;

   e. A declaratory judgment that compliance with the T-Mobile Subpoena violates the Plaintiffs' right under the Sixth Amendment.

   f. A declaratory judgment that compliance with the T-Mobile Subpoena would violate Stored Communications Act;

   g. An injunction quashing the T-Mobile Subpoena and prohibiting

their enforcement by Defendants;

h. An injunction prohibiting Defendants from imposing sanctions for noncompliance with the T-Mobile Subpoena;

i. An award in favor of Plaintiff for his reasonable expenses, including attorneys' fees and costs, incurred as a result of the T-Mobile Subpoena; and

j. Any and all other relief that the Court deems just and proper.

Dated: February 15, 2022

**RESPECTFULLY SUBMITTED:**      **KUTMUS, PENNINGTON & HOOK, PC**

/s/ William Kutmus
William Kutmus AT0004450
Bill@KPHlawfirm.com

/s/ Trever Hook
Trever Hook AT0003580
5000 Westown Parkway, Suite 310
West Des Moines, IA 50266
Phone: (515) 288-3339
Fax: (515) 288-8629
Trever@KPHlawfirm.com
**ATTORNEYS FOR DEFENDANT SALVADOR SANDOVAL, JR.**