## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MS. DEBORAH SANDOVAL<br>2638 Capitol Ave.<br>Des Moines, IA 50317<br><br>and<br><br>MR. SALVADOR SANDOVAL<br>1224 SE VILLAGE VIEW LANE<br>ANKENY, IA 50023<br><br>                  Plaintiff,<br>    vs.<br><br>NANCY PELOSI, in her official<br>capacity as Speaker of the United States<br>House of Representatives.<br>Office of the Speaker.<br>The U.S. Capitol. Suite H-232,<br>U.S. House of Representatives<br>Washington, D.C. 20515<br>Telephone: (202) 225-0100<br><br>    and<br><br>BENNIE G. THOMPSON, in his official<br>capacity as Chair of the Select Committee<br>to Investigate the January 6th Attack on the<br>United States Capitol.<br>Rayburn House Office Building Suite 2466<br>U.S. House of Representatives<br>Washington, D.C. 20515<br>Telephone: (202) 225-5876<br><br>    and<br><br>ELIZABETH L. CHENEY, in her official<br>capacity as a member of the United States<br>House of Representatives.<br>Cannon House Office Building, Suite 416<br>U.S. House of Representatives<br>Washington, D.C. 20515<br>Telephone: (202) 225-2311 | Case No. 4:22-MC-00019-SHL |

and

ADAM B. SCHIFF, in his official
capacity as a member of the United States
House of Representatives
Rayburn House Office Building, Suite 2309
U.S. House of Representatives
Washington, D.C. 20515
Telephone: (202) 225-4176

and

JAMIE B. RASKIN, in his official
capacity as a member of the United States
House of Representatives;
Rayburn House Office Building, Suite 2242
U.S. House of Representatives
Washington, D.C. 20515
Telephone: (202) 225-5341

and

SUSAN E. LOFGREN, in her official
capacity as a member of the United States
House of Representatives
Longworth House Office Building, Suite 1401
U.S. House of Representatives
Washington, D.C. 20515
Telephone: (202) 225-3072

and

ELAINE G. LURIA, in her official
capacity as a member of the United States
House of Representatives.
Cannon House Office Building, Suite 412
U.S. House of Representatives
Washington, D.C. 20515
Telephone: (202) 225-4215

and

PETER R. AGUILAR, in his official
capacity as a member of the United States
House of Representatives
Cannon House Office Building, Suite 109

U.S. House of Representatives
Washington, D.C. 20515
Telephone: (202) 225-3201

    and

STEPHANIE MURPHY, in her official
capacity as a member of the United States
House of Representatives
Longworth House Office Building, Suite 1710
U.S. House of Representatives
Washington, D.C. 20515
Telephone: (202) 225-4305

    and

ADAM D. KINZINGER, in his official
capacity as a member of the United States
House of Representatives.

    and

SELECT COMMITTEE TO
INVESTIGATE THE JANUARY 6TH
ATTACK ON THE UNITED STATES
CAPITOL

    and

JOHN WOOD, in his official capacity as Investigative Counsel for the Minority Members of the House Select Committee to Investigate the January 6 Attack on the United States Capitol.

TIMOTHY J. HEAPHY, in his official capacity Chief Investigative Counsel for the House Select Committee to Investigate the January 6 Attack on the United States Capitol Longworth House Office Building
Washington, DC 20515
Telephone: (202) 225-7800

T-MOBILE
12920 S.E. 38th Street
Bellevue, WA 98006

# STATUS REPORT UNDER RULE 26

The plaintiffs have served Defendant T-Mobile via their Process Service Department. They acknowledge service of process and indicated it would be processed, but did not notify the plaintiff of their contact source.

**I.** **Nature of the Case**

- A. William L. Kutmus and Trever T. Hook represent the Plaintiffs. T-Mobile has been served through the Service Process Division of their company. No attorney has been identified by Defendant T-Mobile and the claim is currently being processed by T-Mobile as evidenced by the attached email.

- *B.* Federal Jurisdiction is through diversity of parties. Plaintiffs are domiciled in the State of Iowa, Defendants January 6 Committee and individuals associated therein are domiciled in Washington D.C., and Defendant T-Mobile is domiciled in the State of Washington. T-Mobile's principal place of business and registered agent is in the State of Washington. Domicile, not residence, is what counts for diversity purposes. *See Heinen v. Northrop Grumman Corp.*, 671 F.3d 669 (7th Cir. 2012).

- C. This case involves an ex-parte subpoena issued by the January 6 Committee and individual representatives thereof to the T-Mobile account of Plaintiff Deborah Sandoval. Plaintiff Salvador Sandoval is the son of Deborah Sandoval and his telephone account is included in the account of Deborah Sandoval. Plaintiff Salvador Sandoval is represented by the undersigned attorneys in a federal criminal case related to the January 6, 2021 events at the U.S. Capitol.

- D. The Plaintiffs assert in their Complaint that the subpoena issued by the January 6 committee is a fishing expedition and overly broad in its request.

- E. The principal dispute is whether the subpoena is valid and legal on its face under the facts and circumstances of this case.

- F. The principal legal issue is whether the January 6 Committee has the legal authority to issue such a broad subpoena under the facts and circumstances of this case.

- G. The Plaintiff seeks the following:

    a. A declaratory judgment that the T-Mobile Subpoena are ultra vires, unlawful, and unenforceable;

    b. A declaratory judgment that the T-Mobile Subpoena, in part or in whole, serves no valid legislative purpose and exceed the Select Committee's

Constitutional authority;

    c. A declaratory judgment that compliance with the T-Mobile Subpoena violates the Plaintiffs' right under the Sixth Amendment.

    d. A declaratory judgment that compliance with the T-Mobile Subpoena would violate Stored Communications Act;

    e. An injunction quashing the T-Mobile Subpoena and prohibiting their enforcement by Defendants;

    f. An injunction prohibiting Defendants from imposing sanctions for noncompliance with the T-Mobile Subpoena;

    g. An award in favor of Plaintiff for his reasonable expenses, including attorneys' fees and costs, incurred as a result of the T-Mobile Subpoena.

H. The only defendant to date that has been served is T-Mobile as evidenced by the attached email. The January 6 Committee and its members (listed as defendants herein) have not been served. The Plaintiffs are in the process of serving the U. S. Attorney for Washington DC.

**II. Discovery**

A. The Plaintiff requests a discovery schedule be set in accordance with the table below, after all defendants have been served.

| Event | Deadline |
| --- | --- |
| Amendment to the pleadings | |
| Service of process on any "John Does" | |
| Completion of Fact Discovery | |
| Disclosure of Plaintiff's Expert Report(s) | One month after the close of fact discovery (insert a date certain) |
| Deposition of Plaintiff's Expert | |
| Disclosure of Defendant's Expert Report(s) | |
| Deposition of Defendant's Expert | |
| Dispositive Motions | One month after the close of expert discovery (insert a date certain) |

5

B. The parties do not anticipate depositions.

   C. The Plaintiffs do not foresee any special issues during discovery, other than a determination as to what may be discovered.

   D. The Plaintiffs propose a discovery plan be established at a later time.

**III. Trial**

   A. There is not a jury demand in this case.

   B. A hearing estimate is 1 (one) day.

**IV. Settlement, Referrals, and Consent**

   A. No settlement discussions have taken place.

   B. The Plaintiffs do not request a settlement conference.

**RESPECTFULLY SUBMITTED:**     **KUTMUS, PENNINGTON & HOOK, PC**

/s/ William Kutmus
William Kutmus AT0004450
Bill@KPHlawfirm.com

/s/ Trever Hook
Trever Hook AT0003580
5000 Westown Parkway, Suite 310
West Des Moines, IA 50266
Phone: (515) 288-3339
Fax: (515) 288-8629
Trever@KPHlawfirm.com
**ATTORNEYS FOR DEFENDANT SALVADOR SANDOVAL, JR.**