**Subject:** T-Mobile LER Auto Response
**Date:** Tuesday, March 8, 2022 at 2:21:40 PM Central Standard Time
**From:** DoNotReply
**To:** trever@kphlawfirm.com
**Priority:** Low

Thank you for contacting T-Mobile. This email confirms that T-Mobile has received your submission and will process it as soon as possible. Please do not send duplicate requests as doing so may result in processing delays.

What Happens Next?
Once T-Mobile begins processing your submission, you will receive an email with a T-Mobile Tracking ID number. This Tracking ID number uniquely identifies your submission. Once processing is complete, we will respond with the results.

How Can I Get Help?
If you have questions or want to know the status of your submission, please contact us via email at LER2@T-Mobile.com. Please include the T-Mobile Tracking ID number in your email. A member of our team will get back to you.

Legal demands for real-time information should be sent to LERCourtorders@t-mobile.com.

If you have an emergency or exigent circumstance, please call 973-292-8911 or email LER3@T-Mobile.com for 24/7 assistance.